UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

ESTATE OF SANFORD WALLACE, )
DECEASED, BRIAN K. CARROLL, )
PERSONAL REPRESENTATIVE, )
    Plaintiff, )
     )
    vs. )    3:11-cv-95-RLY-WGH
     )
SAMUEL L. ROUSE, )
SCHILLI LEASING, INC., and )
WABASH VALLEY )
TRANSPORTATION, INC., )
    Defendants. )

**ORDER ON PLAINTIFF'S MOTION TO REMAND**

Plaintiff moves to remand the present case to the Vanderburgh Superior Court. The court, having reviewed the applicable legal authorities, now finds that the motion should be **GRANTED.**

Removal to federal court on the basis of diversity of citizenship is only proper if there is complete diversity of citizenship and none of the properly joined defendants is a citizen of the state in which the case is brought. 28 U.S.C. § 1441(b); *Hurley v Motor Coach Industries, Inc.*, 222 F.3d 377, 378 (7th Cir. 2000). Sometimes referred to as the "forum defendant rule," 28 U.S.C. § 1441(b) explains that diversity cases "shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

1

The record here indicates that Defendants Schilli Leasing, Inc., and Wabash Valley Transportation, Inc., are both Indiana corporations. (Notice of Removal of Civil Action ¶¶ 10-11). Therefore, removal to federal court was inappropriate.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand is **GRANTED.** This case is **REMANDED** to the Vanderburgh Superior Court.

**SO ORDERED** the 28th day of December 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Robert R. Foos
LEWIS WAGNER, LLP
rfoos@lewiswagner.com

Lesley A. Pfleging
LEWIS WAGNER LLP
lpfleging@lewiswagner.com

Robert L. Simpkins
Robert L. Simpkins Law Offices
robert@simpkinslaw.com